IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS A. MARTINEZ,<br><br>        Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Social Security<br><br>        Defendant. | Case No.: 2:17-CV-00770-GJS<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Hon. Gail J. Standish |

    Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of SEVEN THOUSAND DOLLARS and ZERO CENTS ($7,000.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: June 19, 2018         _____

                                       GAIL J. STANDISH
                                       UNITED STATES MAGISTRATE JUDGE